IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY JAMES KOEHLER,<br><br>    Petitoiner,<br><br>  v.<br><br>GREG MUNKS, Sheriff, San Mateo County; JERRY BROWN, Attorney General, California,<br><br>    Respondents.<br>_____/ | No. 08-04874 CW (PR)<br><br>ORDER OF DISMISSAL |

    On June 30, 2009, the Court issued an Order Dismissing Petition with Leave to Amend. Petitioner was given twenty days from the date of the Order to file an amended petition which included facts and law demonstrating that jurisdiction in this Court was proper. The time to file the amended petition has passed, and Petitioner has not filed an amended petition. Accordingly,

    IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice for failure to prosecute.

Dated  8/21/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HENRY JAMES KOEHLER,

        Plaintiff,

  v.

GREG MUNKS et al,

        Defendant.

Case Number: CV08-04874 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Scott Cordle
69-730 Highway 111
Suite 209B
Rancho Mirage, CA 92270

Dated: August 21, 2009

                                  Richard W. Wieking, Clerk
                                  By: Sheilah Cahill, Deputy Clerk

2